Plaintiff Optronic Sciences LLC's Presentation

# Optronic Sciences LLC v. BOE Technology Group Co., Ltd.

Case No. 2:23-cv-00059-JRG-RPS

United States District Court
Eastern District of Texas

July 23, 2025

# "Comprising/Substantially L-Shaped Structure" ('842 patent, claims 3 & 7)

# comprising/substantially L-shaped structure

| Optronic | BOE |
|---|---|
| No construction necessary | **"Plain and ordinary meaning, i.e., a structure shaped substantially like an L**<br><br>**Comprising does not operate to literally encompass other shapes."** |

3

# No Need To Rewrite Term

substantially L-shaped structure

a structure shaped substantially like an L

4

# "Comprising" Is Open-Ended



Comprising "makes clear that the claim does not preclude the presence of components or steps that are in addition to, though not inconsistent with, those recited in the limitations that follow."

*Amgen Inc. v. Amneal Pharms. LLC,* 945 F.3d 1368, 1378-79 (Fed. Cir. 2020)

# "Comprising" Already Explained To Jury

Now, the beginning portion or preamble of a claim often uses the word 'comprising'. The word 'comprising' when used in the preamble of a claim means including but not limited to or containing but not limited to. When comprising is used in the preamble, if you decide that an accused product includes all of the requirements of that claim, that claim is infringed and that is true even if the accused product contains additional elements.

For example, a claim to a table comprising a tabletop, legs, and glue would be infringed by any table that includes a tabletop, legs, and glue, even if a table also contains other features or structures, such as leaves that might expand the size of the tabletop or wheels that might go on the ends of the legs.

*Headwater Research, LLC v Samsung Elecs. Co.*, Case No. 2:23-cv-103-JRG (E.D. Tex.), April 25, 2025 Trial Tr. at 1190:10-23

6

# BOE Dispute "Examples" Are Infringement Disputes



- What is fastener in BOE's examples?

- Why would a POSITA think shape is claimed fastener?

Resp. Br. at 2

# The Saw Tooth Limitations

# The Saw Tooth Limitations

| Term | Optronic | BOE |
|---|---|---|
| "comprising / saw tooth opening"; '801 patent, claim 9 | Plain and ordinary meaning | **Plain and ordinary meaning, i.e., opening that looks like the teeth of a saw blade**<br><br>**Comprising does not operate to literally encompass other shapes.** |
| "comprising / saw tooth pattern"; '914 patent, claim 1 | Plain and ordinary meaning | **Plain and ordinary meaning, i.e., pattern that looks like the teeth of a saw blade**<br><br>**Comprising does not operate to literally encompass other shapes.** |

# Same "Comprising" Dispute As "L-Shaped"

Ex. O (Chambers) at BOE_549_00012657. The more significant dispute is whether "comprising" operates to encompass openings/patterns that are not shaped like a sawtooth. This is the same "comprising" issue addressed above for the "L-shaped" term. *See* Section IV.A ("L-shaped" term).

- "Comprising" is addressed above

- Already addressed by Court in standard jury instructions

- BOE's proposed construction confusing here as well

10

Opp'n at 15

# BOE Narrows Admitted Ordinary Meaning Of Saw Tooth

Ex. 2 ('801 patent) at Fig. 1B, 2:34-36; Ex. 4 ('914 patent) at Figs. 4-5, 4:39-45. The ordinary meaning is confirmed in the prosecution history wherein the Examiner describes this limitation as "a zigzag shape where seal goes back and forth, like the teeth of a saw blade." Ex. J (914 FH, 4/20/2010 Rejection at 3) OPTRONIC-BOE-00000782. This is the ordinary meaning of "sawtooth." Ex. M (Oxford) at BOE_549_00012650; Ex.N (Webster's) at BOE_549_00012663;

- BOE admits plain meaning

- "Looks like the teeth of a saw blade" is narrower
  - Implies needs to identify similar real saw blade

11

# "Saw Tooth" Can Have A Variety Of Shapes



# **Purportedly Indefinite Terms**

# Purportedly Indefinite Terms

| Term | Optronic | BOE |
|------|----------|-----|
| "disposed above": '509 patent, claim 1 | Plain and ordinary meaning | **Indefinite** |
| "the second portion extending above the light guiding plate": '842 patent, claim 7 | Plain and ordinary meaning | **Indefinite** |
| "disposed at a side of": '509 patent, claim 10 | Plain and ordinary meaning | **Indefinite** |

14

# Dr. Baker Understands Terms In Semiconductor Art ('509 Patent)

(or n+/poly) and not directly to the substrate. Further notice that poly sits on the FOX while metal1 sits on the insulator above FOX.

The next step is to grow a spacer oxide on the sides of the gate poly, Fig. 4.7g.

The layout of a pad that uses metal2 is shown in Fig. 3.2. Notice, in the cross-sectional view, the layers of insulator ($SiO_2$ in most cases) under and above the metal2. These

EX1004, [0014]. OLED 400 includes three layers (cathode 422, organic layer 424, anode 406), which are disposed above bus line 430. *Id.*, [0026], Fig. 4.

15

# the second portion extending above the light guiding plate ('842 Patent, Claim 7)

7. A **backlight package** comprising:

[a] a **light guiding plate** having a first side;

[b] a first fastener having a first portion and a second portion, the first portion extending along the first side of the light guiding plate, and <span style="color:green">the second portion extending above the light guiding plate</span> wherein the first portion and the second portion are arranged in a substantially perpendicular relationship to form a substantially L-shaped structure;

[c] **a light emitting device** disposed on the first portion of the first fastener for emitting a light toward the light guiding plate; and

[d] **a circuit board** connecting the second portion of the first fastener; and
a conducting wire electrically coupling the light emitting device to the circuit board.

Real World Device



'842 patent at claim 7 (annotated); https://hackaday.com/2023/03/13/a-hackers-introduction-to-diy-light-guide-plates/

16

# the second portion extending above the light guiding plate ('842 Patent, Claim 7)



Towards Viewer

Polarizer
Liquid Crystal
Polarizer

"Brightness Enhancement Film"
Prism
Diffuser
Light Guide Plate
Reflective Backing Layer

Edge Illumination Source

Polarizer
Liquid Crystal
Polarizer

"Brightness Enhancement Film"
Prism
Diffuser
Light Guide Plate
Reflective Backing Layer

Edge Illumination Source

17

https://hackaday.com/2023/03/13/a-hackers-introduction-to-diy-light-guide-plates/ (annotated)

# Fig. 4 Is A Different Angle



Fig.4



'842 patent at Fig. 4; https://hackaday.com/2023/03/13/a-hackers-introduction-to-diy-light-guide-plates/ (annotated)

# Fastener ('842 patent, claims 3 & 7)

# Fastener

| Optronic | BOE |
|---|---|
| "A feature that <u>attaches</u> something" | **A feature that <u>holds</u> something in place** |

emitting device backlight package having a <u>fastener</u> of a
novel shape, which provides a first surface <u>to which a chip</u>
and light emitting device module attach, while also provid-
ing a second surface for attachment of a second fastener, or
a PCB. In this way, the light emitting device emits light

**fas·ten** (făs′ən) *v.* **-tened, -ten·ing, -tens.** [ME *fastnen* < OE
*fæstnian.*] —*vt.* **1.** To attach firmly to : JOIN. **2. a.** To make fast or
secure. **b.** To close, <u>as by fixing firmly</u> in place. **3.** To fix or direct
steadily. **4. a.** To place : attribute. **b.** To impose (oneself) without wel-
come. —*vi.* **1.** To become attached, fixed, or joined. **2.** To cling fast.
**3.** To fix or focus steadily. —**fas′ten·er** *n.*

'842 patent at 2:31-35 (annotated); Ex. 13 at 407

# The Preambles Are Not Limiting

# The Preambles Are Not Limiting

| Term | Optronic | BOE |
|---|---|---|
| "A sealant region pattern for a liquid crystal display" / "The sealant region of claim 9"; '801 patent, claims 9 & 10 | Not limiting | **Preambles are limiting** |
| "An encapsulating structure for a liquid crystal display device" / "The structure claimed in claim 1"; '914 patent, claims 1 & 5 | Not limiting | **Preambles are limiting** |

# "For A Liquid Crystal Display" Is Not Limiting



That a portion of a preamble is limiting "does not necessarily convert the entire preamble into a limitation, particularly one that only states the intended use of the invention."

*TomTom, Inc. v. Adolph*, 790 F.3d 1315, 1323 (Fed. Cir. 2015)

23

# Remainder Of Preamble Is Not Limiting



A preamble is limiting if it:

1. is "'necessary to give life, meaning, and vitality' to the claim"; or

2. "recites essential structure"

*Catalina Mktg. Int'l, Inc. v. Coolsavings.com, Inc.*, 289 F.3d 801, 808 (Fed. Cir. 2002)

24

# Remainder Of '914 Preamble Is Not Limiting

1. <u>An encapsulating structure</u> for a liquid crystal display device, comprising:

[a] a first substrate having a <span style="color:green">sealant region</span>;

[b] a second substrate;

[c] a first material layer disposed on the first substrate;

[d] a second material layer disposed on the first material layer, wherein the second material layer includes an opening with a continuous saw tooth pattern extending along the sealant region to expose the underlying first material layer; and

[e] <span style="color:green">a sealant disposed on the second material layer in the sealant region</span> and filled into the opening of the second material layer for attaching the second substrate to the first substrate;

[f] wherein the sealant is adapted to contact the first material layer and the second material layer through the opening, and the sealant has substantially flat contact bottom surfaces with the first and the second material layers via the opening with the continuous saw tooth pattern extending along the sealant region.

25

'914 patent at claim 1 (coloration added)

# Remainder Of '801 Preamble Is Not Limiting

9. A sealant region pattern for a liquid crystal display, comprising:

[a] a first substrate and a second substrate opposite thereto;

[b] a predetermined material layer formed on the first substrate; and

[c] an organic material pattern layer having a saw tooth opening formed on the predetermined material layer to expose the surface of the predetermined material layer underneath, wherein the surface of the predetermined material layer and the sidewall of the organic material pattern layer form a predetermined angle.

'801 patent at claim 9 (coloration added)

26

# Formed On Terms

# Formed On Terms

| Term | Optronic | BOE |
|------|----------|-----|
| "formed on"; '801 patent, claim 9 | Plain and ordinary meaning, which is "forming in a manner directly touching the below layer or substrate" | **Plain and ordinary meaning** |
| "directly formed on"; '121 patent, claim 1 | Plain and ordinary meaning | **Plain and ordinary meaning, i.e., formed on without any intervening material** |
| "the gate oxide layer in the first area is formed directly on the substrate"; '117 patent, claim 1 | Plain and ordinary meaning | **Plain and ordinary meaning, i.e., the gate oxide layer in the first area is formed on the substrate without any intervening material** |

28

# "Formed On" ('801) Has A Plain Meaning

forming in a manner directly touching the below layer or substrate

As shown in FIG. **1**C, a TFT array substrate **132** is provided. A predetermined material layer such as a silicon nitride layer **142** is formed on the TFT array substrate **132**, serving as a passivation layer.

An organic material layer **144** is formed on the silicon nitride layer **142**. The organic material layer **144** is patterned by lithography.



FIG. 1C

'801 patent at Fig. 1C, 2:27-33

29

# BOE's Experts Used Same Plain Meaning

forming in a manner directly touching the below layer or substrate



### Neikirk '856 Patent

sensor **100** includes a substrate **102**, a passivation layer **104** formed on the substrate **102**, a self-resonant structure **106**

FIG. 1A

### Baker '274 Patent

FIGS. **1** and **2** and includes a first reference plate or layer **302** of conductive or semiconductive material formed on the substrate **102** or silicon wafer. A layer of insulation material **316**

FIG. 4

Ex. 23 at Fig. 1A, 6:62-63; Ex. 24 at Fig. 4, 4:20-22

30

# BOE Does Not Provide A Plain Meaning

The ordinary meaning of "formed on" is broader than "directly formed on" and "formed directly on," which is accurately reflected in BOE's proposed constructions. Plaintiff, on the other

- What is BOE's proposed plain meaning?

- BOE draws false equivalence between '801 and '117 patents
  - '801 Inventors: Yi-Chen Chiang, Kuo-Yu Huang
  - '117 Inventor: Wein-Town Sun
  - AUO has ~41,000 employees

31

Opp'n at 19

# BOE's Construction Of "Directly" Variations Too Narrow

- All "formed" terms should have same construction

- No support for BOE's "without any intervening material" limitation
  - Not used in intrinsic evidence
  - Not used in BOE's file history cite
    - Distinguished Wire 229 passing through gate insulating film 205

layer." Indeed, as shown in FIG. 7B of *Yamazaki* (reproduced below), the conductive

wiring (229) in *Yamazaki* is not directly formed on the gate oxide layer (allegedly the

gate insulating film 205 in *Yamazaki*).

Opp'n at 19; Ex. Q at 10

# BOE Addresses Strawman For "Formed On"

BOE's proposal should be adopted. Plaintiff's attempt to equate these narrower terms with the broader "formed on" term raises the concern that Plaintiff contends these narrower terms could also be satisfied so long as **<u>any</u>** portion of one layer touches the other. Any such contention by

- Optronic has not made such an argument

- Still does not answer what BOE's plain and ordinary proposal is

- Inventors distinguish wire passing through a layer

Opp'n at 19

33

# A Predetermined Material Layer Formed On The First Substrate ('801 patent, claim 9)

# a predetermined material layer formed on the first substrate

| Optronic | BOE |
|---|---|
| Plain and ordinary meaning (accounting for the constructions of "layer" and "formed on") | **one or more material layers formed on the first substrate <u>prior to forming the organic layer</u>** |

"Prior to" is imported without clear and unambiguous intent

# Wherein The Sealant Is Adapted To Contact The First Material Layer And The Second Material Layer Through The Opening, And The Sealant Has Substantially Flat Contact Bottom Surfaces With The First And Second Material Layers Via The Opening: '914 Patent, Claim 1

| Optronic | BOE |
|---|---|
| Plain and ordinary meaning | **Plain and ordinary meaning where "and" is conjunctive and does not encompass "or"** |

Optronic agreed to BOE's construction

BOE refused because it wants to **import unopposed limitations**

# BOE's Multiple Constructions After Agreement

- BOE: "the sealant must have **a** substantially flat contact bottom **surface** with the second material layer via the opening (**in addition** to the first material layer)"
  - *Incorrect*: Term refers to plural "bottom surfaces"
  - BOE Opp at 22: "Plaintiff then feigns concern … but that concern is unfounded because the claim requires plural "flat contact bottom surfaces.""

- BOE: "The claim phrase does not encompass an arrangement like that illustrated in Fig. 1C (via opening 4, sealant 14 has only a single substantially flat bottom contact surface with a material layer)
  - *Incorrect*: No evidence of disclaimer of Fig. 1C

38

# No Disclaimer In Cited File History

In contrast, Bae merely discloses that the bottom of the opening in the gate insulating layer 133 has unevenness "C". The unevenness "C" extends at the bottom of the opening.

The Office Action has appeared to <u>misconstrue the etching hole 141 of Bae as the opening with a saw tooth pattern extending along the sealant region in claim 1</u>. Referring to paragraph [0065], Bae particularly discloses "however, when the etching hole 141 is formed therein, the etching hole 141 is not formed in all seal pattern areas that are disposed transversely and longitudinally, as shown in FIG. 4…. ".



- <span style="color:red">**Bae was distinguished because saw was in bottom of opening, not design of channel in sealant region**</span>

- <span style="color:red">**Not reference to Fig. 1C at all**</span>

39

# Amendments Supported By Figs. 2C, 3A, 3B

As reflected above, claim 1 expressly defines that "***the second material layer includes an opening with a saw tooth pattern extending along the sealant region to expose the underlying first material layer***".  More specifically, the trench opening 334 (224) of the present application has a saw tooth pattern 334 which extends along the sealant region 336 to expose the underlying first material layer.  The saw tooth pattern of the trench opening 334 extending along the sealant region 336 recited in claim 1 is supported and shown in cross-section of Fig. 2C and plan views of Figs. 3A and 3B.  The trench opening 334 (224) with the saw tooth pattern (Fig. 3A) has a flat bottom surface as shown in Fig. 2C.  Some patterns may be asymmetric in a particular local area such as the saw tooth pattern in Fig. 5 (page 9, lines 6-8).



FIG. 2C



FIG. 3A



FIG. 3B

Ex. 25 at OPTRONIC-BOE-00000747-48; '914 patent at Figs. 2C, 3A, 3B

# Fig. 1C Has Multiple Bottom Contact Surfaces



FIG. 1C (RELATED ART)

'914 patent at Fig. 1C (annotation added)

# Each Pixel / Each Pixel Area ('121 patent, claims 1 & 2)

# each pixel / each pixel area

| Optronic | BOE |
|---|---|
| Plain and ordinary meaning | **Each and every pixel / each and every pixel** |

# BOE's Construction Finds No Support In The Intrinsic Record

**1**. An electroluminescence (EL) device, comprising:
a substrate; and
a plurality of pixels formed on the substrate, each pixel being in a respective pixel area, each pixel area including at least a first area, a second area, and a third area, wherein each pixel includes:

Claim 1: "Each" refers to *each pixel* within the plurality; not *each and every* pixel.

# BOE's Construction Finds No Support In The Intrinsic Record

- "each and every" not used in specification

- "each and every" not used in prosecution history

- BOE does not contend any lexicography or disclaimer.

# Remainder Of Preamble Is Not Limiting



"The PTO has not correctly construed the signal 'comprising.' This signal simply means that the device may contain elements in addition to those explicitly mentioned in the claim. *See CIAS, Inc. v. Alliance Gaming Corp.*, 504 F.3d 1356, 1360 (Fed. Cir. 2007) ('In the patent claim context the term "comprising" is well understood to mean "including but not limited to."'). The Board erred in holding that some wire legs of the Skvorecz device, as claimed, need not have an offset, when the claims state that each wire leg has an offset."

*In re Skvorecz*, 580 F.3d 1262, 1267 (Fed. Cir. 2009)

- *In re Skvorecz* did not construe "each" as "each and every"

- *In re Skvorecz* left "each" to its plain and ordinary meaning.

46

# Defining At Least A First Area For Capacitors And A Second Area For A Transistor On The Substrate ('117 patent, claim 1)

# Defining At Least A First Area For Capacitors, A Second Area For A Transistor On The Substrate And A Third Area For An Organic Light-Emitting Diode (OLED) On The Substrate ('222 patent, claim 1)

# defining at least a first area for capacitors and a second area for a transistor on the substrate

| Term | Optronic | BOE |
|------|----------|-----|
| "defining at least a first area for capacitors and a second area for a transistor on the substrate"; '117 patent, claim 1 | Plain and ordinary meaning | **defining at least a first area for capacitors and a second <u>nonoverlapping</u> area for a transistor on the substrate** |
| "defining at least a first area for capacitors, a second area for a transistor on the substrate and a third area for an organic light-emitting diode (OLED) on the substrate"; '222 patent, claim 1 | Plain and ordinary meaning | **defining at least a first area for capacitors, a <u>nonoverlapping</u> second area for a transistor on the substrate, and a <u>nonoverlapping</u> third area for an organic light-emitting diode (OLED) on the substrate** |

49

# BOE's Construction Is Unsupported By The Intrinsic Record

- BOE does not assert lexicography or disavowal

- "Non-overlapping" is not used in the specification

# BOE Admits It Is Importing Limitations Into the Claims

Claim 1 of the '117 and '222 patents are "method[s] for forming a pixel of an electroluminescence device." As part of the manufacturing method, the claim recites a step of "defining" first, second [and third] areas. BOE's proposed construction provides meaningful metes and bounds to this claimed "defining…" step and should therefore be adopted.

Opp'n at 23

# BOE's Construction Is Based on Preferred Embodiments

FIG. **2** shows a cross-sectional view of part of pixel **100** consistent with a first embodiment of the present invention. Only a portion of OLED **110**, a portion of transistor **102**, and capacitors **108** and **112** are shown. To simplify illustration, transistors **104** and **106** are not shown in FIG. **2**.

'222 Patent at 5:32-36

# BOE's Reliance on Improvement to "Aperture Ratio" Are Without Merit

- "Aperture Ratio" is not claimed

- "Aperture Ratio" only mentioned three times in '222 Patent: 1:44-46; 6:19-23; 8:38-42.

53

# Is Electrically Connected To ('222 patent, claim 1)

# is electrically connected to

| Optronic | BOE |
|---|---|
| Plain and ordinary meaning | Is connected such that electric conduction current can flow to<br><br>Alternative construction:<br>Is electrically connected to does not encompass connection solely by capacitive coupling |

55

# BCE Concedes the Plain Meaning of "Is Electrically Connected To" is Broad

1365 (Fed. Cir. 2012). The term "electrically connected to" has a range of ordinary meanings, depending on context. For example, in the context of light switches, the conductive components of a light switch would be considered "electrically connected" to each other when the switch is closed such that conductive current can flow and cause a light to emit light, but would not be

Opp'n Br at 25.

61.     The claims of these patents are directed to a method of forming a pixel. *See* '477 patent, claim 1 ("A method for forming a pixel"), '222 patent at claim 1 ("A method for forming a pixel"). The common specification discloses several pixel schematics. *See* '477 patent at Figs. 1, 3-11. In a broad sense, <u>outside</u> of the context of the specification and prosecution history, a POSITA could consider all layers of a pixel as electrically connected to each other, or even as electrically connected to a battery or local power station supplying power. But the claims and prosecution history of these patents use these limitations in the context of distinguishing layers within a pixel from each other. In the case of "electrically connected to," the phrase is used to distinguish between layers that are part of individual transistors and capacitors, and to identify specific interactions between certain layers.

Neikirk Decl., Para. 61.

56

# BOE Is Unable To Articulate Scope of Disclaimer

|   | Terms, Phrases or Clauses | Preliminary Proposed Construction | Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| 7. | is electrically connected to (477, 222) | is connected such that electric current can flow to | Defendant reserves the right to rely on expert testimony from Dr. Neikirk regarding this term. |

## BOE, P.R.4-2 Disclosure

| Term / Phrase / Clause | Patent(s) and Claim(s) | Optronic's Proposed Construction & Evidence | BOE's Proposed Construction & Extrinsic Evidence |
|---|---|---|---|
| **is electrically connected to** | '477 patent: Claim 1 <br><br> '222 patent: Claim 1 | Plain and ordinary meaning <br><br> Intrinsic Evidence: '477 patent at claims 1, 3; '222 patent at claims 1, 6 <br><br> Extrinsic Evidence: Rebuttal testimony of Dr. Eric Bretschneider to address previously undisclosed opinions of Dr. Neikirk, if necessary | is connected such that electric conduction current can flow to <br><br> Intrinsic Evidence: <br> '477 Patent: Abstract, 1:49-2:7, 2:8-49, 2:50-3:25, 3:26-64, Figs. 2-11 and corresponding descriptions; claim 1. <br><br> '477 File History: 08/31/2011 Non-Final Rejection, all pages; Examiner cited Koo (U.S. Pub. 2003/0117059) in view of Murade (U.S. 6,610,997); 12/27/2011 Amendment and Response to Non-Final Office Action |

Joint Claim Construction Chart, Ex. A at 13.

# Standard For Prosecution History Disclaimer Is Not Met



Where "statements in the prosecution history are subject to multiple reasonable interpretations, they do no constitute clear and unmistakable disclaimer"

*Golight, Inc. v. Wal-Mart Stores, Inc.*, 355 F.3d 1327, 1332 (Fed. Cir. 2004).

58

**Patentees Only Disclaimed That *Koo*'s Second Electrode 143 and Gate Electrode 131 Were Not "Electrically Connected"**

As shown in FIGS. 2A-B of *Koo* (FIG. 2B is reproduced above), the power supply line 147 is directly connected to the source/drain electrode 141 and the second electrode 143. Also, in paragraph [0039], *Koo* teaches that the first electrode 132 comprises the same material as the gate electrode 131 and the second electrode 143 that is connected to one of the source/drain electrodes, e.g., the source/drain electrode 141. However, the first electrode 132 disclosed by *Koo* is not directly connected to the power supply voltage 147. Further, *Koo*'s second electrode 143 is not electrically connected to the gate electrode 131.

Ex. 18 at 13.

# Defendants Seek To Extend Disclaimer to Matters Not Clearly And Unambiguously Discussed



Not addressed in FH

Opp'n at 26.

# BOE's Disclaimer Arguments Are Not Based on Clear And Unambiguous Statements

- Patentees made no statement about Koo's electrode 132 being not electrically connected to electrode 143

- Patentees did not use the phrase "conduction current"

61

## BOE Is Unable To Articulate Scope of Disclaimer

"capacitively coupled," but no electric conduction current flows therebetween. The central question is whether the plain meaning of the term, as used in the context of the specification and prosecution history includes *e.g.*, a capacitive connection, as Plaintiff contends. Op. Br. at 19. The intrinsic record confirms that it does not.

Response Br. at 25-26.

(where elements are separated by insulating material preventing conduction current flow). To the extent the "plain meaning" could encompass capacitive couplings in other contexts, patentee disclaimed that scope by amending the claim and distinguishing Koo as discussed above. Ex. 10 (Neikirk Decl.) at ¶¶ 62-74. Based on the patentee's own usage in the intrinsic record, the Court should adopt BOE's proposed construction.

Response Br. at 28.

62

## Any Limiting of the Claims Should Be Based On the Disclaimer

- Patentees made no statement about Koo's electrode 132 being not electrically connected to electrode 143

- Patentees did not use the phrase "conduction current"

- At most, Court should find that "is electrically connected to" does not include capacitive connections

63

# Auxiliary Electrode ('509 patent, claims 1, 5, & 10)

# auxiliary electrode

| Optronic | BOE |
|---|---|
| Plain and ordinary meaning, meaning an electrode which does not perform a primary and essential functionality | **Supplemental electrode** |

# Plain and Ordinary Meaning of "Auxiliary Electrode Includes Electrodes Acting In "Supplemental Capacity"

## WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
Lexicographer

**auxiliary circuit**  A supplementary circuit which can serve, for instance, as an alternate path for current.

**auxiliary contacts**  In a switching device, supplemental contacts whose function is linked to that of the main circuit contacts.

**auxiliary device**  A device which serves in a supplemental or auxiliary capacity, or that is added to enhance the performance of the main device.  Also called **ancillary device**.

**auxiliary equipment**  Equipment which serves in a supplemental or auxiliary capacity, or that is added to enhance performance.  Also called **ancillary equipment**.

**auxiliary function**  A function which is supplements or enhances the operation of a device, piece of equipment, or system.



**IEEE**
IEEE PRESS



WILEY-INTERSCIENCE

A JOHN WILEY & SONS, INC., PUBLICATION

Ex. 22 at 521

66

# Specification Teaches Auxiliary Electrode Must Enhance First Electrode

Also, it is worth mentioning that, because the first electrode layer **132** and the first auxiliary electrode **120** are electrically connected, the design of the invention, that coordinates the first electrode layer **132** of the light emitting device **130** with the auxiliary electrode, can reduce the resistance of the first electrode layer **132** through parallel connection, so as to reduce the total resistance of the pixel structure **100** by about 40%, thereby improving the overall luminous uniformity of the display panel. For example, the design of coordinating the aforementioned electrode layer with the auxiliary electrode is applicable to the anode of the top-emission organic electroluminescent device, so as to reduce the resistance of the anode through parallel connection. However, the invention is not limited thereto. In other embodiments, the design of coordinating the aforementioned electrode layer with the auxiliary electrode is also applicable to other suitable electrode layers or conductive layers.

'509 Patent at 5:63-6:13

67

# Specification Teaches Auxiliary Electrode Must Enhance First Electrode

In conclusion of the above, in the pixel structure of the invention, the first electrode layer of the light emitting device is electrically connected with the first auxiliary electrode or the second auxiliary electrode or both, wherein the first auxiliary electrode and the gate of the active device belong to the same layer, or the first auxiliary electrode and the source and the drain belong to the same layer, or has the dual-layer electrode structure. Meanwhile, the second auxiliary electrode and the second electrode layer belong to the same layer. Therefore, without increasing the number of masks and production costs, the design of the invention that coordinates the first electrode layer of the light emitting device with the auxiliary electrodes decreases the resistance of the first electrode layer through parallel connection, so as to significantly reduce the total resistance of the pixel structure, thereby improving the overall luminous uniformity of the display panel. In addition, the circuit design of the top emission display technology of the invention also prevents decline of devices of the electroluminescent device from affecting the current.

'509 Patent at 8:14-33

68

# Specification Teaches Auxiliary Electrode Must Enhance First Electrode

Also, it is worth mentioning that the first electrode layer **132** is electrically connected with the first auxiliary electrode **120** and the second auxiliary electrode **460**. Therefore, the design of the invention that coordinates the first electrode layer **132** of the light emitting device **130** with two auxiliary electrodes decreases the resistance of the first electrode layer **132** through parallel connection, so as to reduce the total resistance of the pixel structure **400** by about 90%, thereby improving the overall luminous uniformity of the display panel. For example, the design of coordinating the aforementioned electrode layer with two auxiliary electrodes is applicable to the anode of the top-emission organic electroluminescent device, so as to reduce the resistance of the anode through parallel connection. However, the invention is not limited thereto. In other embodiments, the design of coordinating the aforementioned electrode layer with two auxiliary electrodes is also applicable to other suitable electrode layers or conductive layers.

'509 Patent at 7:43-60

# BOE Intends To Argue *Any* Electrode Other Than First Or Second Is Auxiliary

```
1         Q      In your opinion, what is the correct

2     construction of the word "auxiliary" as used in

3     these claims?

4         A      Supplemental electrode, as I discussed in

5     paragraph 61.

6         Q      And what do you mean by "supplemental"?

7         A      An additional electrode.  An additional

8     conductor.
```

Ex. 22 at 69:1-8.

# BOE Intends To Argue *Any* Electrode Other Than First Or Second Is Auxiliary

25          Q     So is it your understanding that the

1       construction of auxiliary electrode merely requires

2       that this auxiliary electrode be an electrode that

3       is in addition to the first electrode layer?

**4       A     Yes.**

71

Ex. 22 at 69:25-70:4

# Optronic's Construction Should Be Adopted

- Optronic's construction makes clear that the auxiliary electrode is not just another electrode.

- By requiring auxiliary electrode to assist with the functions of the first electrode layer, Optronic's construction is consistent with how a POSITA would understand the term.

# Level Of Ordinary Skill

73

# BOE's Level of Ordinary Skill Is Too Broad

- Patent are about semiconductors, pixels and displays

- BOE: Patents other than '509: experience with designing "electronic and optoelectronic systems"
    - Includes alternator designers
    - Includes solar panel designers
    - Include video game console designers

- BOE: '509: "professional experience with electroluminescent display panels
    - Virtually any professional who uses electronics

74