UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTRONIC SCIENCES LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOE TECHNOLOGY GROUP CO., LTD.,<br><br>　　　　Defendant. | Case No. 2:23-CV-00549-JRG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF INTENT TO REQUEST REDACTION**

1

Notice is hereby given that Defendant BOE Technology Group Co. Ltd. ("BOE") plans to submit a Motion to Redact the Pretrial Conference transcript to the Court by December 19, 2025. The Pretrial Conference in the above captioned case occurred on December 1, 2025. The Pretrial Conference transcript was filed with the Clerk of Court on December 4, 2025.

Date: December 11, 2025

Respectfully submitted,

By: */s/ Brian K. Erickson*
    John M. Guaragna
    john.guaragna@dlapiper.com
    Texas Bar No. 24043308
    Brian K. Erickson
    brian.erickson@dlapiper.com
    Texas Bar No. 24012594
    Zachary Loney
    Zachary.loney@us.dlapiper.com
    Texas Bar No. 24092714
    Michael Saulnier
    Michael.saulnier@us.dlapiper.com
    Texas Bar No. 24131647
    **DLA PIPER LLP** (**US**)
    303 Colorado St., Suite 3000
    Austin, TX 78701
    Tel: 512.457.7000
    Fax: 512.457.7001

    Alan A. Limbach (*Pro Hac Vice*)
    Alan.limbach@us.dlapiper.com
    **DLA PIPER LLP** (**US**)
    203 Hanover Street, Suite 100
    Palo Alto, CA 94304
    Tel: 650.833.2433
    Fax: 650.687.1182

    Catherine Huang (*Pro Hac Vice*)
    Catherine.huang@us.dlapiper.com
    **DLA PIPER LLP** (**US**)
    4365 Executive Drive, Suite 1100
    San Diego, CA 92121
    Tel: 858.677.1400
    Fax: 858.677.1401

    Matthew Ganas
    Matthew.ganas@us.dlapiper.com

2

        Texas Bar No. 24145964
        Nan Lan
        Nan.lan@us.dlapiper.com
        Texas Bar No. 24121711
        **DLA PIPER LLP (US)**
        1900 N. Pearl Street, Suite: 2200
        Dallas, TX 75201
        Tel: 214.743.4500
        Fax: 214.743.4545

        Brent K. Yamashita
        byamashita@vedderprice.com
        State Bar No. (CA-206890)
        **Vedder Price (CA) LLP**
        1 Post Street, Suite 2400
        San Francisco, CA 94104
        Tel: 415.749.9500
        Fax: 415.749.9502

        Melissa R. Smith
        melissa@gillamsmithlaw.com
        State Bar No. 24001351
        James Travis Underwood
        State Bar No. 24102587
        Travis@giliamsmithlaw.com
        **GILLAM & SMITH, LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Tel: 903.934.8450
        Fax: 903.934.9257

        **ATTORNEYS FOR DEFENDANT**
        **BOE TECHNOLOGY GROUP CO., LTD.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document is being served through CM/ECF on December 11, 2025.

                                            */s/ Brian K. Erickson*
                                              Brian K. Erickson