IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| OPTRONIC SCIENCES LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>BOE TECHNOLOGY GROUP CO., LTD.,<br><br>              Defendant. | Case No. 2:23-cv-00549-JRG |
| OPTRONIC SCIENCES LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>BOE TECHNOLOGY GROUP CO., LTD.,<br><br>              Defendant. | Case No. 2:24-cv-00577-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Optronic Sciences LLC ("Optronic") and Defendant BOE Technology Group Co., Ltd. ("BOE") hereby file this Joint Motion to Stay All Deadlines, and Notice of Settlement between Optronic and BOE. The parties have reached a settlement in principle, and request that the Court stay the remaining case deadlines for 30 days so that the parties may finalize the settlement agreement and prepare the appropriate dismissal papers for the Court.

The settlement in principle resolves all claims against BOE, including any claims for damages for such infringement.

Dated: January 12, 2026                                   Respectfully submitted,

                                                                            */s/ Benjamin T. Wang*

1

Benjamin T. Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Andrew D. Weiss
CA State Bar No. 232974
Email: aweiss@raklaw.com
Christian W. Conkle
CA State Bar No. 306374
Email: cconkle@raklaw.com
Adam S. Hoffman
CA State Bar No. 218740
Email: ahoffman@raklaw.com
Minna Y. Jay
CA State Bar No. 305941
Email: mjay@raklaw.com
Sarah Wang
NY State Bar No. 5334602
Email: swang@raklaw.com
Jefferson Cummings
DC State Bar No. 90027452
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

Elizabeth L. DeRieux (TX SBN 05770585)
Email: ederieux@capshawlaw.com
Capshaw DeRieux LLP
114 E. Commerce St.
Gladewater, TX 75647
903 845-5770 Office

*Attorneys for Plaintiff Optronic Sciences LLC*

By: /s/ *Brian K. Erickson*
John M. Guaragna
john.guaragna@dlapiper.com
Texas Bar No. 24043308
Brian K. Erickson
brian.erickson@dlapiper.com
Texas Bar No. 24012594
Zachary Loney
Zachary.loney@us.dlapiper.com
Texas Bar No. 24092714
Michael Saulnier
Michael.saulnier@us.dlapiper.com
Texas Bar No. 24131647
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7000
Fax: 512.457.7001

Alan A. Limbach (Pro Hac Vice)
Alan.limbach@us.dlapiper.com
DLA PIPER LLP (US)
203 Hanover Street, Suite 100
Palo Alto, CA 94304
Tel: 650.833.2433
Fax: 650.687.1182

Catherine Huang (Pro Hac Vice)
Catherine.huang@us.dlapiper.com
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 858.677.1400
Fax: 858.677.1401

Matthew Ganas
Matthew.ganas@us.dlapiper.com
Texas Bar No. 24145964
Nan Lan
Nan.lan@us.dlapiper.com
Texas Bar No. 24121711
DLA PIPER LLP (US)
1900 N. Pearl Street, Suite: 2200
Dallas, TX 75201
Tel: 214.743.4500
Fax: 214.743.4545

Brent K. Yamashita
byamashita@vedderprice.com
State Bar No. (CA-206890)
Vedder Price (CA) LLP
1 Post Street, Suite 2400
San Francisco, CA 94104
Tel: 415.749.9500

Fax: 415.749.9502

Melissa R. Smith
melissa@gillamsmithlaw.com
State Bar No. 24001351
James Travis Underwood
State Bar No. 24102587
Travis@giliamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903.934.8450
Fax: 903.934.9257

***ATTORNEYS FOR DEFENDANT***
***BOE TECHNOLOGY GROUP CO., LTD.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 13, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF.

                                            /s/ Benjamin T. Wang
                                            Benjamin T. Wang

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for the parties conferred regarding this motion, and counsel for BOE Technology Group Co. Ltd. agrees to the relief sought in this motion.

                                            /s/ Benjamin T. Wang
                                            Benjamin T. Wang