# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTRONIC SCIENCES LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00549-JRG |
| | § | |
| BOE TECHNOLOGY GROUP CO., LTD., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Optronic Sciences LLC ("Plaintiff") and Defendant BOE Technology Group Co., Ltd. ("Defendant") (collectively, the "Parties"). (Dkt. No. 256.) In the Motion, the Parties represent that they "have reached a settlement in principle" and request a stay of the above-captioned case for 30 days "so that the [P]arties may finalize the settlement agreement and prepare the appropriate dismissal papers for the Court." (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for 30 days, up to and including February 13, 2026, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 13th day of January, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE